1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    CENTRAL DISTRICT OF CALIFORNIA
9
10   ANTHONY LEWIS MORENO, JR.,        )   No. CV 12-1938 DDP (FFM)
                                       )
11                   Petitioner,       )
                                       )   JUDGMENT
12           v.                        )
                                       )
13   R. L. GOWER, Warden, High Desert  )
     State Prison,                     )
14                   Respondent.       )
     ──────────────────────────────   )
15

16          Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18          IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED: May 15, 2014

21

22

23                                          ─────────────────────────────
                                            DEAN D. PREGERSON
                                            United States District Judge
24
25
26
27
28